# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-23803-BB

J.B. HARRIS,

    Plaintiff,

v.

VIRAGE CAPITAL MANAGEMENT LP and
TITAN ASSET MANAGEMENT, LLC,

    Defendants.

_____/

**Declaration of
Edward Ondarza**

I, Edward Ondarza, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Managing Director of Virage Capital Management LP. I make this declaration based on personal knowledge and am competent to testify to the matters stated below.

2. Virage Capital Management LP is a Texas limited partnership.

3. One of Virage Capital Management LP's limited partners is a Florida LLC, whose sole member is a Florida citizen.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 26, 2023, in Maimi, Florida.

By: _____
Edward Ondarza