**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 23-cv-23803-BLOOM/Torres**

J.B. HARRIS,

      Plaintiff,

v.

VIRAGE CAPITAL MANAGEMENT LP,
TITAN ASSET MANAGEMENT LLC

      Defendants.

_____/

**ORDER AMENDING ORDER**
**REFERRING CERTAIN MATTERS TO MAGISTRATE JUDGE**

**THIS CAUSE** is before the Court upon the United States District Court for the Southern District of Florida Administrative Order 2023-81, entered on October 27, 2023 ("Administrative Order"). The Administrative Order amends the Magistrate Judge Pairing Assignment Plan in the Southern District of Florida as set forth in Administrative Orders 2020-45, 2020-45A, 2020-45B, 2020-91, 2021-53, 2022-6, 2022-6A, 2022-47, 2022-67, 2022-79 and 2023-9. In particular, as of October 27, 2023, Chief Magistrate Judge Edwin G. Torres is paired with Judge Beth Bloom for all cases filed in the Miami Division. *See* Administrative Order at 1 tbl. The Court had previously referred all discovery matters in the above-styled actions to Magistrate Judge Alicia M. Otazo-Reyes pursuant to 28 U.S.C. § 636 and this District's Magistrate Judge Rules.

Accordingly, in order to align the Court's Orders with the Administrative Order and to assist the Court in the management of this case, it is **ORDERED** that the Scheduling Orders in the above-styled actions are **AMENDED** as follows:

1. **As of November 16, 2023**, discovery matters shall no longer be referred to Magistrate Judge Alicia M. Otazo-Reyes. However, Magistrate Judge Otazo-Reyes will preside over those matters she has set for hearing as of the date of this Order.

2. **As of November 16, 2023**, all discovery matters are referred to **Chief Magistrate Judge Edwin G. Torres**. Furthermore, pursuant to 28 U.S.C. § 636(c)(1), the parties may consent to final disposition of motions, and trial and final disposition, by Magistrate Judge Torres. **The deadline for submitting consent is as stated in the Court's Scheduling Order in each case.**

3. **<u>Discovery Disputes</u>**. If parties are unable to resolve their discovery disputes without Court intervention, the parties must contact Magistrate Judge Torres's chambers—which are located at 99 Northeast Fourth Street, 10th floor, Miami, FL 3313—via telephone at (305) 523-5750 to ascertain the available dates and times for a discovery hearing. Magistrate Judge Torres holds a discovery calendar every Thursday and only on Thursdays. The parties should further consult Magistrate Judge Torres's standing discovery order, which sets forth procedures to presenting discovery disputes and will be issued following the entry of this Order. The individual calling Magistrate Judge Torres's chambers must leave a message that identifies only the parties' case number and a call back number if the individual's call goes to voicemail.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 20, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

3